UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILMINGTON SAVINGS FUND
SOCIETY, FSB,

    Plaintiff,

v.                                       Case No: 8:15-cv-2831-T-36TGW

BUSINESS LAW GROUP, P.A., LM
FUNDING, LLC and BRUCE RODGERS,

    Defendants.
_____/

## **ORDER**

    This cause is before the Court on Defendants' Motion to Seal the Deposition Transcript of Joshua Donham, as Corporate Representative of LM Funding, LLC and Business Law Group, P.A. and Confidential Exhibits (Doc. 88). Specifically, Defendants move the Court for permission to file the deposition transcript of Joshua Donham, as Corporate Representative of LM Funding, LLC and Business Law Group, P.A. and Exhibits 2 (the Purchase Agreement) and 7 (the Owners List) to that transcript under seal.

    Upon consideration, the Court finds that the deposition transcript of Joshua Donham, as Corporate Representative of LM Funding, LLC and Business Law Group, P.A. and Exhibits 2 (the Purchase Agreement) and 7 (the Owners List) to that transcript contain confidential and sensitive information that should not be made public. Therefore, the Court directs the Clerk to file the deposition transcript of Joshua Donham, as Corporate Representative of LM Funding, LLC and Business Law Group, P.A. and Exhibits 2 (the Purchase Agreement) and 7 (the Owners List) to that transcript under seal.

It is hereby **ORDERED**:

1. Pursuant to Local Rule 1.09(a), Defendants' Motion to Seal the Deposition Transcript of Joshua Donham, as Corporate Representative of LM Funding, LLC and Business Law Group, P.A. and Confidential Exhibits (Doc. 88) is **GRANTED.**

2. The Clerk is directed to file the deposition transcript of Joshua Donham, as Corporate Representative of LM Funding, LLC and Business Law Group, P.A. and Exhibits 2 (the Purchase Agreement) and 7 (the Owners List) to that transcript under seal.

**DONE AND ORDERED** in Tampa, Florida on September 8, 2016.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**Copies to:**
Counsel of Record and Unrepresented Parties, if any